CITY OF CLEVELAND, APPELLANT, *v.* PERK, COUNTY AUD., APPELLEE.

(No. 39135—Decided May 19, 1965.)

174

*Mr. Bronis J. Klementowicz,* director of law, and *Mr. Anthony V. Leanza,* for appellant.

*Mr. John T. Corrigan,* prosecuting attorney, *Mr. A. M. Braun, Mr. George W. Leddon* and *Mr. Thomes P. Cyrus,* for appellee.

*Per Curiam.* Because of the lease to a private corporation for profit, the subject property has lost its identity as public property used exclusively for a public purpose within the meaning of Section 5709.08 Revised Code, and is not entitled to exemption from taxation. The decision of the Board of Tax Appeals is affirmed on authority of *Carney, Aud.,* v. *City of Cleveland,* 173 Ohio St. 56.

*Decision affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.